UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------

| | |
|---|---|
| SHIVA STEIN, | : |
| | : |
| Plaintiff, | :  Civ. No.    1:21-cv-2901-GBD |
| | : |
| v. | : |
| | : |
| PEOPLE'S UNITED FINANCIAL, INC., | : |
| JOHN P. BARNES, COLLIN P. BARON, | : |
| GEORGE CARTER, JANE CHWICK, | : |
| WILLIAM F. CRUGER, JOHN K. DWIGHT, | : |
| JERRY FRANKLIN, JANET M. HANSEN, | : |
| NANCY MCALLISTER, MARK | : |
| RICHARDS, and KIRK W. WALTER, | : |
| | : |
| Defendants. | : |

----------------------------------------------------------

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  June 1, 2021                                        Respectfully submitted,

                                                          **MELWANI & CHAN LLP**

                                                         /s *Gloria Kui Melwani*
                                                         Gloria Kui Melwani (GM5661)
                                                         1180 Avenue of the Americas, 8th Floor
                                                         New York, New York 10036
                                                         Tel: (212) 382-4620
                                                         Email:  gloria@melwanichan.com

                                                         *Attorneys for Plaintiff*